J. Robert Forshey
State Bar No. 07264200
Matthew Maben
State Bar No. 24037008
Forshey & Prostok, LLP
777 Main Street, Suite 1550
Fort Worth, Texas 76021
Telephone:  (817) 877.8855
Facsimile:  (817) 877-4151
E-mail: bforshey@forsheyprostok.com
E-mail: mmaben@forsheyprosotok.com

*Attorneys for G.L. "Buck" Harris*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| IN RE: § | |
| § | Chapter 11 |
| MARLEY STATION REDEMPTION, LLC,[1] § | |
| § | Case No. 20-43726-mxm11 |
| DEBTOR. § | |

**SECOND APPENDIX TO JOINDER BY G.L. "BUCK" HARRIS TO MARLEY STATION REDEMPTION, LLC'S CONSOLIDATED RESPONSE TO YAM CAPITAL, III'S MOTION FOR ENTRY OF AN ORDER (A) DISMISSING THIS CASE WITH PREJUDICE, OR, ALTERNATIVELY, (B) GRANTING YAM'S STAY RELIEF UNDER 11 U.S.C. § 362 (d)(1), (2), (3), and (4)**

NOW COMES, G.L. "Buck" Harris ("Harris") and files this Second Appendix to his Joinder in Marley Station Redemption, LLC's (the "Debtor") consolidated Response to Motion for Entry of an Order (A) Dismissing This Case With Prejudice, or, Alternatively, (B) Granting YAM's Stay Relief Under 11 U.S.C. § 362(d)(1), (2), (3), and (4) (collectively, the "Motions"), filed by YAM Capital III, LLC ("YAM"), and would provide the following to the Court:

| **Exhibit** | **Title** | **Pgs.** |
|:---:|:---|:---:|
| **A** | *Standard Fire Ins. Co. v. Berrett,* 395 Md. 439 LEXIS 752 (Court of Appeals of Maryland, November 13, 2006) | **1-14** |

---

[1] The Debtor's federal tax number is 84-4167784.

Dated: February 3, 2021

Respectfully Submitted,

/s/ J. Robert Forshey_____
J. Robert Forshey
State Bar No.07264200
bforshey@forsheyprostok.com
Matthew G. Maben
State Bar No. 24037008
FORSHEY & PROSTOK, L.L.P.
777 Main Street, Suite 1550
Fort Worth, Texas 76102
Telephone: (817) 877-8855
Facsimile: (817) 877-4151
bforshey@forsheyprostok.com
mmaben@forsheyprostok.com

*Attorneys for G.L. "Buck" Harris*

## CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2021, I served a true and correct copy of the foregoing to the following via this Court's ECF electronic filing system, and/or regular mail.

| | |
|---|---|
| Jason D. Curry on Behalf of Creditor YAM Capital III, LLC<br>Jason.curry@quarles.com<br>Sybil.aytch@quarles.com<br>VIA ECF | Behrooz P. Vida, *Debtor's Attorney*<br>Behrooz@vidalawfirm.com<br>VIA ECF |
| Issac M. Gabriel on Behalf of Creditor YAM Capital III, LLC<br>Issac.gabriel@quarles.com<br>Sybil.aytch@quarles.com<br>VIA ECF | Peter C. DApice on Behalf of Creditor YAM Capital III, LLC<br>*Dapice@sbep-law.com*<br>VIA ECF |
| Shari L. Heyen on Behalf of Creditor AiNET<br>Heyens@gtlaw.com<br>jamrokg@gtlaw.com<br>VIA ECF | United States Trustee<br>Ustpregion06.da.ecf@usdoj.gov<br>VIA ECF |

*/s/ J. Robert Forshey__*
J. Robert Forshey